EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
Chief, Financial Litigation Staff
ROBERT I. LESTER (State Bar No. 116429)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-7819
    E-mail:    robert.lester@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK U.S. DISTRICT COURT
AUG 16 2016
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ELRADER BROWNING, JR.,

    Defendant.

No. **CV 16-01410**
    [CR 87-0571-SVW]

[Proposed]

<u>ORDER AUTHORIZING THE FEDERAL BUREAU OF PRISONS TO TRANSFER ALL OF THE INHERITANCE PROCEEDS HELD IN ELRADER BROWNING J.R.'S TRUST ACCOUNT TO THE COURT CLERK TO BE APPLIED TO AN OUTSTANDING FINE BALANCE</u>

    The Court, having considered the United States of America's motion for an order authorizing the Federal Bureau of Prisons to transfer all of the inheritance proceeds held in Elrader Browning Jr.'s inmate trust account to the Court Clerk to be applied to an outstanding fine balance and supporting documents, HEREBY ORDERS

AND DECREES THAT pursuant to 18 U.S.C. §§ 3613(a) and 3664(n):

(1) The Federal Bureau of Prisons is hereby authorized to release to the Clerk of this Court all of the inheritance funds maintained in Browning's inmate trust account in order to reduce the balance owed as a result of the criminal fine imposed on Browning as a result of the judgment and commitment order issued on or about August 29, 1988; and

(2) Browning is directed to cooperate with the Bureau and take any steps necessary to effectuate such transfer.

DATED: March 16, 2016.

_____
UNITED STATES DISTRICT JUDGE