

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 87-925 M |
| Plaintiff, | CASE NUMBER |
| vs. Charles Browning | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| Defendant. | |

Upon motion of the (Court or Government), IT IS ORDERED that a detention hearing is set for 7/7, 19 87, at 2:00 PM, before the Honorable George H. King in Courtroom 2.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) ( _____ ) and produced for the
(other custodial officer)
hearing.

DATED: 7/2/87

ENTERED ON COURTRAN
JUL 9 1987

U.S. District Judge/Magistrate

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT