FILED
JUL -7 1987
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

87-925M

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
       v.                 )   ORDER OF DETENTION AFTER HEARING
                          )   (18 U.S.C. § 3142(i))
Browning Frader, Jr.,     )
                          )
            Defendant.    )
_____)

I.

A. (✓) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. (✓) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

ENTERED ON COURTRAN
JUL 9 1987

CR94 (5/86)

-1-

///
///
///

B.  On motion ( ) (by the Government)/( ) (by the Court sua sponte involving)

    1.  ( ) serious risk defendant will flee;

    2.  ( ) serious risk defendant will

        a.  ( ) obstruct or attempt to obstruct justice;

        b.  ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonably assure:

A.  (✓) appearance of defendant as required;

    and/or

B.  (✓) safety of any person or the community;

## III.

The Court has considered:

A.  (✓) the nature and circumstances of the offense;

B.  (✓) the weight of evidence against the defendant;

C.  (✓) the history and characteristics of the defendant;

D.  (✓) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A.  ( ) Defendant poses a risk to the safety of other persons or the community because: _____

_____

CR-94

-2-

```
 1  _____
 2  _____
 3      B.  ( ) History and characteristics indicate a serious
 4              risk that defendant will flee because: _____
 5  _____
 6  _____
 7  _____
 8  _____
 9      C.  ( ) A serious risk exists that defendant will:
10              1.  ( ) obstruct or attempt to obstruct justice;
11              2.  ( ) threaten, injure or intimidate a
12                      witness/juror;
13              3.  ( ) attempt to threaten, injure or intimi-
14                      date a witness/juror;
15              Because: _____
16  _____
17  _____
18  _____
19      D.  (/) Defendant has not rebutted by sufficient evidence
20              to the contrary the presumption provided in
21              18 U.S.C. § 3142(e).
22      IT IS ORDERED defendant be detained prior to trial.
23      IT IS FURTHER ORDERED that defendant be confined as far as
24  practicable in a corrections facility separate from persons
25  awaiting or serving sentences or persons held pending appeal.
26  ///
27  ///
28  ///
    CR-94                        -3-
```

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 7/7/87

_____
U. S. MAGISTRATE/~~DISTRICT JUDGE~~

CR-94

-4-