UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 87-00571-SVW |
|---|---|
| Plaintiff, | ORDER DISMISSING DEFENDANT-PETITIONER'S RULE 35 MOTION TO CORRECT AN ILLEGAL SENTENCE |
| v. | |
| ELRADER BROWNING, JR., | |
| Defendant-Petitioner. | |

The Court has read and considered defendant-petitioner ELRADER BROWNING JR.'s ("defendant's") letter requesting dismissal of his previously filed Fed. R. Crim. P. 35 motion (see CR 2639 and CR 2658)[1] and the government's concurrence and its attached declaration. The Court hereby orders that:

- Defendant's previously filed Rule 35 motion (CR 2639) is DISMISSED WITHOUT PREJUDICE.

---

[1] "CR" refers to the Clerk's Record in United States v. Browning, et. al, CR 87-00571-SVW.

- The parties are no longer required to provide further briefing on defendant's previously filed Rule 35 motion (CR 2639) unless otherwise ordered by this Court.

January 4, 2018
DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Catherine S. Ahn
CATHERINE S. AHN
Assistant United States Attorney